**2010–1296. Huff v. O'Toole.**
In Mandamus.

**2010–1312. In re Monogudis.**
Cuyahoga App. No. 92988, 2010-Ohio-2087.

**2010–1400. State ex rel. Lundeen v. Ryan.**
Franklin App. No. 08AP–601.

**2010–1525. State ex rel. Bell v. Madison Cty. Bd. of Commrs.**
Madison App. No. CA2010–04–010.

**2010–1534. State ex rel. DeGroot v. Bohannon.**
In Mandamus.

**2010–1536. State ex rel. O'Shea & Assoc. Co., L.P.A. v. Cuyahoga Metro. Hous. Auth.**
Cuyahoga App. No. 93275, 2010-Ohio-3416.

**2010–1538. State ex rel. Waters v. WEK Acquisition Corp., Inc.**
Franklin App. No. 09AP–337, 2010-Ohio-3520.

**2010–1579. State ex rel. Fifth Third Mtge. Co. v. Russo.**
Cuyahoga App. Nos. 94816, 94817, and 94818, 2010-Ohio-3734.

**2010–1580. Parma City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2008–M–401.

**2010–1583. Walgreen Co. v. Stark Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–M–1268.

**2010–1592. State ex rel. Striker v. Clerk of Court.**
Richland App. No. 09CA107, 2010-Ohio-3592.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–0586. State ex rel. Alston v. Interpak, Inc.**
Franklin App. No. 09AP–534, 2010-Ohio-790.

**2010–0636. State ex rel. Akron Paint & Varnish, Inc. v. Gullotta.**
Franklin App. No. 09AP–492, 2010-Ohio-1321.

# CASE ANNOUNCEMENTS
*September 16, 2010*

[Cite as *09/16/2010 Case Announcements*, 2010-Ohio-4334.]

## MISCELLANEOUS DISMISSALS

**2010–1173. State ex rel. Krihwan v. Falkowski.**
Lake App. No. 2009–L–093, 2010-Ohio-2286. This cause is pending before the court as an appeal from the Court of Appeals for Lake County. It appears from the records of this court that appellant has not filed a merit brief, due September 14, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.